IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN H. KEITH | Case No. 25-mj-06176 |

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT**

I, Mark A. Phelps, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so since January 2016. I am currently assigned to the Springfield Division Cyber Squad, where I investigate violations of United States laws relating to Internet fraud, computer intrusions, and matters of national security. I have gained expertise in the conduct of such investigations through training seminars, classes, and everyday work related to these types of investigations. I have a Bachelor of Science degree in Computer Science, a Master of Science degree in Systems Engineering and hold multiple cyber security certifications from Global Information Assurance Certification (GIAC). Prior to my employment with the FBI, I received additional training and experience in computer programming and cybersecurity over the course of an approximate 11-year career as a Principal Software Engineer and Cybersecurity Engineer.

## INTRODUCTION AND AGENT BACKGROUND

2. Based on the facts set forth below, there is probable cause to arrest Stephen **Keith** ("**KEITH**") for violations of the federal offense of Obtaining Information by Computer from a

Financial Institution in violation of Title 18, United States Code, Section 1030(a)(2) and (c)(2)(B).

3.  This Affidavit is intended to show merely that there is sufficient probable cause for the arrest and does not set forth all of my knowledge about his matter. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for the arrest.

## PROBABLE CAUSE

4.  On April 9, 2022, Morton Police officers responded to CEFCU Credit Union at 825 Detroit Ave. Morton, IL to investigate D▇▇▇ G▇▇▇ for attempting to cash stolen checks. Goodin told Morton police that the checks were not stolen and that her "boss", **KEITH**, gave them to her to cash. G▇▇▇ stated that **KEITH** was waiting for her in her Chevy Equinox in the parking lot of the CEFCU. When police checked, G▇▇▇'s vehicle was not in the parking lot. G▇▇▇ then called **KEITH** to find out his location and to tell him police were questioning her about the checks. During the call, Morton police officers overheard a male on the phone say the checks were not stolen and that he gave them to G▇▇▇. G▇▇▇ later reported her Chevy Equinox stolen. G▇▇▇ was arrested for forgery by Morton Police Department.

5.  G▇▇▇ stated in an interview with Morton Police Department that she worked for **KEITH** for his company, "Device Lyfe". She stated that she and **KEITH** go into people's houses and to "IT tech stuff" on laptops and phones. She also stated that she knew **KEITH** "has a lot of credit card numbers that aren't right". She stated that **KEITH** has "thousands of credit card numbers". G▇▇▇ stated that **KEITH** also had a card reader and **KEITH'S** equipment was in G▇▇▇'s home.

6.  On April 11, 2022, G▓▓▓▓ was again interviewed by Morton Police Department. G▓▓▓▓ admitted to cashing forged checks for **KEITH** in return for payment. G▓▓▓▓ stated that **KEITH** wrote the checks and agreed to pay her $100 per check. G▓▓▓▓ also admitted that she gained access to a bank account belonging to her grandmother in an attempt to take money. G▓▓▓▓ also worked with **KEITH** to figure out how to remove the money from those accounts. In addition to those accounts, she knew **KEITH** to steal people's personal information to obtain control over their identities.

7.  On April 12, 2022, G▓▓▓▓'s vehicle was searched by Morton Police Department. Numerous checks, debit/credit cards, identification documents, and other financial information belonging to G▓▓▓▓, **KEITH**, and other individuals were found in the vehicle. At least two victims had property recovered from the vehicle. These victims were listed in reports where **KEITH** was identified as the subject. Also, in the vehicle were four (4) electronic devices. These devices were seized pursuant to a search warrant executed by the Pekin Police Department. On November 7, 2022, United States Magistrate Judge Jonathan E. Hawley, Central District of Illinois, signed a search warrant for those devices.

8.  On April 13, 2023, **KEITH** was arrested for theft, fraud, and forgery. **KEITH**'s cell phone was seized incident to arrest. Pekin Police Department executed a search warrant resulting in the seizure of an Acer laptop ("Acer"), a Gateway laptop ("Gateway") and two SanDisk thumb drives. On September 28, 2023, United States Magistrate Judge Jonathan E. Hawley, Central District of Illinois authorized search warrants for those devices. Under the authority of those federal search warrants, I reviewed the contents of those devices.

**SEARCH OF DEVICES**

9. Under the authority of that federal search warrant, I reviewed the contents of the four devices recovered by Pekin Police Department in 2022. I found multiple files on the devices that contained usernames and passwords or credit card account information. For example, the file "2.csv" contained approximately over 177,000 lines. Based on my training and experience, each unique line contains what appears to be an email address and corresponding password. A file named "448_CC_DUMPS_By__.txt" contains approximately over 400 lines. Each line contains unique credit card information including credit card account number, expiration date, CVV code, full name, phone number, and address. Two files, one named "k.txt" and one named "klogs.txt" each contain approximately 1,400 and 1,500 lines respectively. Each line contains a unique website address, login email address, and password.

10. Also found on the devices were files that, based on my training and experience, I determined to be tools and programs used for hacking and compromising computers and computer networks. I also found two image files, "IMG_0207.jpg" and "IMG_0338.jpg.crdownload.jpg". IMG_0207.jpg appears to be a screenshot taken on a cellphone of a ▇▇▇▇▇ app that was logged into an account with a user named "J▇▇▇". The image depicts four separate ▇▇▇▇ accounts with account numbers and account balances. IMG_0338.jpg.crdownload.jpg appears to be another screenshot taken on a cellphone of a scanned document. The document scan is of a 2017 Form W-4 with information pertaining to J▇▇▇ ▇▇▇▇ Z▇▇▇▇▇, including social security account number, and address.

11. Finally, one of the devices contained a file titled, "Browsers1.txt" which contained Uniform Resource Locators (URLs) or website addresses, login usernames, and

passwords. Some of the usernames and passwords were noted as "<Not decrypted yet>". Based on my training and experience, I believe this file contains a set of compromised account credentials, some of which have not been decrypted. Also located on the device were approximately five files containing lists of URLs leading to ".onion" sites. A URL ending in ".onion" is indicative of a website operating on a computer network known as the "Tor Network", which is designed specifically to facilitate anonymous communication over the Internet. The Tor Network does this by routing user communications through a globally distributed network of intermediary computers, or proxies, along a randomly assigned path. The list of URLs were grouped by category and many have descriptions for each address. Categories included in these files are "MARKETS / SHOPS", "FOR HIRE", "TECH / HACKING / CRACKING / CARDING / SHOPS / BLACK / WHITE". Some URL descriptions were, "Hack Group", "Hacker-Cracker Service" "Russian Hackers", "Hack Canada", "Rent-A-Hacker", "The Hacked Market" and "Hackerplace".

      12.    Under the authority of that federal search warrant, I reviewed the Acer, Gateway, and two SanDisk Thumb Drives. I identified image and video files depicting an individual matching the description of **KEITH**. I also found web artifacts such as web browser history indicating the user of Acer visited the URLs, http://devicelyfe[.]com and https://devicelyfe[.]net. Additionally, the URL https://accounts.███████/AccountChooser was visited for the account devicelyfe5@███████ and the ███████ account for devicelyfeceo2███████ was accessed. Both these email addresses appear to be associated with the purported company that **KEITH** claimed to operate, DeviceLyfe. It should be noted that despite **KEITH** holding himself out as operating this company, your affiant has been unable to locate any record of

DeviceLyfe being registered with the Illinois Secretary of State. Likewise, there is no business registered that appears to have **KEITH** as the registered agent, president, secretary, or manager.

13. The Login Data file for the Microsoft Edge web browser also contained logins to numerous sites using the usernames skeith420s@███ stephenkeith328@███, skeith420ss, skeih420s, stephenkeith@███, djbigstevekeith1, and skeith420s@███ to sites such as Apple, TurboTax, Xfinity, Netflix, PayPal, Greendot Bank, and Citi Bank.

14. Finally, the Google Chrome web browser contained bookmarks to sites specific to **KEITH** such as bookmarks to the Google Gmail account skeith420s@███, https://facebook[.]com███, https://m.facebook[.]com███/, and ███ playlists for the monikers djbigstevekeith420, djbigstevekeith, djbigsteve, djbigsteve2, DJBIG$TEVE, and Stephen-keith-633185353. Based on the aforementioned, I believe **KEITH** is the primary user of Acer.

15. The Acer [NTFS]/[root]/Users/Administrator/Dropbox/ directory also contained images depicting a Citi bank account and Paypal account being accessed which belong to J█████ M████, and tax documents being viewed for J████ Z███████. compromised accounts. Examples of these images are depicted below.



*Acer [NTFS]/[root]/Users/Administrator/Dropbox/Camera Uploads/2023-03-31 08.01.46.jpg*



*Acer [NTFS]/[root]/Users/Administrator/Dropbox/Camera Uploads/2023-03-31 07.44.59.jpg*

7



Acer [NTFS]/[root]/Users/Administrator/Dropbox/Screenshots/Screenshot 2023-03-31 18.23.50.png

## JOSEPH ZIMMERMAN

16. On August 16, 2023, J▊▊▊ Z▊▊▊▊▊ ("Z▊▊▊▊▊") was interviewed. In the interview, Z▊▊▊▊▊ stated that he met **KEITH** through his daughter J▊▊▊ B▊▊ ("B▊▊"), formerly J▊▊▊r C▊▊▊▊▊. Z▊▊▊▊▊ described **KEITH** as a computer wizard and had **KEITH** repair a family laptop. The computer belonged to Z▊▊▊▊▊'s mother, but Z▊▊▊▊▊ used it since he did not have a computer of his own. Z▊▊▊▊▊ stated that when he used the laptop, he often would save the password for his ▊▊▊ email account, Joegse@▊▊▊▊▊▊, in the web browser. Z▊▊▊▊▊ stated during the interview that he used his ▊▊▊ account with his financial institutions to include ▊▊▊▊ as well as used it when making travel reservations. Z▊▊▊▊▊ said he had a folder in his email account where he saved passwords for many of his online accounts. While **KEITH** had the laptop, Z▊▊▊▊▊ traveled

8

out of the country to Africa. While he was gone, his daughter, B▓, contacted him and told him that ▓▓▓▓ called and reported suspicious activity on Z▓▓▓▓'s account. ▓▓▓▓ reported that someone was trying to move money from Z▓▓▓▓'s accounts. Z▓▓▓▓ confirmed that he was not doing this and ▓▓▓▓ indicated that the person attempting to move funds was named Stephen **KEITH** and provided an address for **KEITH** that is known to be an address where **KEITH** was staying at that time. Z▓▓▓▓ also stated that a fraudulent attempt was made to transfer $▓▓▓▓ from his ▓▓▓▓ retirement account into his ▓▓▓▓ account.

17. During the interview, Z▓▓▓▓ was shown a printout of Exhibit #1, a screenshot of a ▓▓▓▓ account located on USB #1 (below). Z▓▓▓▓ confirmed that this was an image of his account. Z▓▓▓▓ was also shown a printout of Exhibit #2, an image of a Form W-4 located on USB #1 (below). Z▓▓▓▓ confirmed that this was his W-4 form with his information on it. Z▓▓▓▓ stated that he believed **KEITH** used his access to his mother's laptop to access the ▓▓▓▓ account. Z▓▓▓▓ reported that he contacted ▓▓▓▓ and discovered multiple account and/or credit cards were applied for in his name without his knowledge, involvement, or permission.



Exhibit #1 – J███ Z███████ ███████ screenshot



*Exhibit #2 - J▬▬ Z▬▬▬▬ W-4 screenshot*

18.  B▬, was interviewed on August 21, 2023. **KEITH** lived with B▬ off and on between 2019 and 2020. B▬ stated that in 2021, Z▬▬▬▬'s mother was having issues with her computer and that **KEITH** took it to fix it. After that time, Z▬▬▬▬ would receive loan denials and credit card applications in the mail. B▬ stated that **KEITH** started a business named "Device Lyfe". B▬ stated that from her understanding, **KEITH** would fix devices such as computers and phones and would take people's information he would find on the devices.

11

19. On approximately June 12, 2023, FBI Springfield received records from Apple for the account associated with **KEITH**'s ███ account, skeith420s@███████ On approximately December 5, 2023, FBI Springfield received records from ███████ related to the ███ account joegse@███████. On approximately December 12, 2023, FBI Springfield received records from ███ for the ███ account skeith420s@███████ Records from these accounts contained access logs depicting access to both Z███████'s ███ account and either **KEITH**'s ███ or **KEITH**'s ███ account on the same days from the same IP address.

| IP | Account | Owner | Date/Time |
|---|---|---|---|
| 2601:247:200:3830:1115:4180:a803:8fdd | joegse@ | Z | 1/12/2023 |
| 2601:247:200:3830:1115:4180:a803:8fdd | skeith420s@ | KEITH | 1/12/2023 |
| 2601:247:200:3830:45a:2178:445f:67f6 | joegse@ | Z | 1/11/2023 |
| 2601:247:200:3830:45a:2178:445f:67f6 | skeith420s@ | KEITH | 1/11/2023 |
| 2601:247:200:3830:1177:62f9:3984:b9be | joegse@ | Z | 1/11/2023 |
| 2601:247:200:3830:1177:62f9:3984:b9be | skeith420s@ | KEITH | 1/11/2023 |
| 2601:247:200:3830:6d67:2dd3:7b30:11cb | joegse@ | Z | 1/10/2023 |
| 2601:247:200:3830:6d67:2dd3:7b30:11cb | skeith420s@ | KEITH | 1/10/2023 |
| 2601:247:200:3830:1550:8b03:ada5:7ae5 | joegse@ | Z | 1/7/2023 |
| 2601:247:200:3830:1550:8b03:ada5:7ae5 | skeith420s@ | KEITH | 1/7/2023 |
| 98.46.110.93 | joegse@ | Z | 1/6/2023 |
| 98.46.110.93 | skeith420s@ | KEITH | 1/6/2023 |
| 2601:247:200:3830:59d5:4785:d755:905d | joegse@ | Z | 1/5/2023 |
| 2601:247:200:3830:59d5:4785:d755:905d | skeith420s@ | KEITH | 1/5/2023 |
| 2601:247:200:3830:fcef:ad00:78d1:1981 | joegse@ | Z | 1/13/2023 |
| 2601:247:200:3830:fcef:ad00:78d1:1981 | skeith420s@ | KEITH | 1/13/2023 |
| 2601:247:200:3830:c6a:80ae:264d:7b1c | joegse@ | Z | 1/12/2023 |
| 2601:247:200:3830:c6a:80ae:264d:7b1c | skeith420s@ | KEITH | 1/12/2023 |
| 2601:247:200:3830:5dac:df06:2dd0:5728 | joegse@ | Z | 1/9/2023 |
| 2601:247:200:3830:5dac:df06:2dd0:5728 | skeith420s@ | KEITH | 1/9/2023 |
| 2601:247:200:3830:44e0:6b07:8a02:712c | joegse@ | Z | 1/8/2023 |
| 2601:247:200:3830:44e0:6b07:8a02:712c | skeith420s@ | KEITH | 1/8/2023 |
| 2601:247:200:3830:3c56:e81d:2a40:d958 | joegse@ | Z | 1/12/2023 |
| 2601:247:200:3830:3c56:e81d:2a40:d958 | skeith420s@ | KEITH | 1/12/2023 |
| 2601:247:200:3830:2c16:ff4a:9543:75ef | joegse@ | Z | 1/9/2023 |

| | | | |
|---|---|---|---|
| 2601:247:200:3830:2c16:ff4a:9543:75ef | skeith420s@ | KEITH | 1/9/2023 |
| 2601:240:cd07:30f9:fc97:96a0:a403:b94f | joegse@ | Z | 1/23/2023 |
| 2601:240:cd07:30f9:fc97:96a0:a403:b94f | skeith420s@ | KEITH | 1/23/2023 |
| 2601:240:cd08:2f83:dc9d:b2c9:245:183c | joegse@ | Z | 1/9/2023 |
| 2601:240:cd08:2f83:dc9d:b2c9:245:183c | skeith420s@ | KEITH | 1/9/2023 |

20. I determined through open-source research that all of the above IP addresses were registered to ▮▮▮▮▮. From my training and experience, ▮▮▮▮▮ provides IP addresses to individual customers and does not commonly provide VPN services. Because of this information, I believe that **KEITH** accessed the ▮▮▮ account of J▮▮▮ Z▮▮▮.

J▮▮▮ M▮▮▮

21. On December 15, 2023, J▮▮▮ M▮▮▮ ("M▮▮▮") was interviewed. In the interview, M▮▮▮ stated that in the rough timeframe of March through May of 2023 she began to receive phone alerts that multiple accounts were being accessed. These included her ▮▮▮, ▮▮▮, ▮▮▮, ▮▮▮, and ▮▮▮ accounts. M▮▮▮ accessed her ▮▮▮ account online and saw that a new checking account was created and linked to her charge account. $100 was transferred from her charge account to the new checking account. M▮▮▮ did not create this account and it was done without her knowledge, involvement, or permission.

22. At the same time, a new user was added to her ▮▮▮ account with the name "trustnoone." This new user was added without her knowledge, involvement, or permission.

23. When M▮▮▮ called ▮▮▮ she was asked if she had any other authorized users on her account. She indicated she did not. The representative of ▮▮▮ then asked if she knew **KEITH**. M▮▮▮ was then informed that **KEITH**'s name and an address in Pekin, Illinois

had been added to her account. She further learned that a new credit card and debit card had been mailed to the Pekin, IL address provided by **KEITH**.

24.   M█████ also received alerts from █████ of unauthorized access. M█████ stated that she used the email address globalmeltdown1963@█████ for her █████ account.

25.   On February 7, 2024, the FBI received records from █████ for the account belonging to J█████ M█████. These records included an image from account activity history which contained an image depicting **KEITH** as an authorized user:



These records also contained account access logs depicting access from the IP address **98.214.188.18** on March 31, 2023, for the purposes of adding a payee and downloading statements.

26.   On approximately June 20, 2023, FBI Springfield received records for █████ account number █████████████ associated with the **KEITH**'s email address,

14

skeith420s@▇▇▇. On approximately January 18, 2024, FBI Springfield received records for the ▇▇ account number ▇▇▇▇▇ associated with M▇▇'s email address globalmeltdown1963@▇▇▇ Records from both accounts contained access logs depicting access from IP address **98.214.188.18** on the same day, March 31, 2023.

27. As mentioned above, FBI Springfield received records from Apple for the account associated with **KEITH**'s iCloud account, skeith420s@▇▇▇ These records contained access logs depicting access from IP Address **98.214.188.18** on March 20, 2023, and March 22, 2023.

28. I determined through open-source research that the IP address 98.214.188.18 was registered to ▇▇▇▇▇▇ From my training and experience, Comcast provides IP addresses to individual customers and does not commonly provide VPN services. Because of this information, I believe that **KEITH** accessed the ▇▇ and ▇▇ accounts of J▇▇n M▇▇.

## CONCLUSION

29. Based on the forgoing, there is probable cause to arrest **KEITH** for violations of the federal offense of Fraud and Related Activity in Connection with Computers (Title 18, United States Code, Section 1030.

    Respectfully submitted,



    Mark A. Phelps
    Special Agent
    Federal Bureau of Investigation

Sworn and subscribed to me by telephone pursuant to Fed. R. Crim. P. 3, Rule 4, Rule 4.1 and Rule 41(d)(3) this 2nd day of December 2025.

███████████████████████
ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE